## Commonwealth ex rel. Handy, Appellant, *v.* Russell.

Submitted June 14, 1965. *Jacob Handy,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.